JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

COLLIN S.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:25-cv-6905-DSR

JUDGMENT

Pursuant to the Court's Memorandum Decision and Order,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: September 16 , 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.